UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

MOHAMMED NASIF,

    Plaintiff,

vs.

CASE NO.: 9:21-CV-80893-AMC

POP-MEX, INC., a Florida Profit Corporation;
MEXICANA, INC., A Florida Profit Corporation;
ABDUL SAKR, in his individual capacity;
ALI YASSINE, in his individual capacity,

    Defendant.
_____/

## SECOND JOINT MOTION TO APPROVE SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff, MOHAMMED NASF, and Defendants, POP-MEX, INC., MEXICANA, INC., ABDUL SAKR, and ALI YASSINE, by and through their undersigned counsel hereby by and through undersigned counsel hereby file this Second Joint Motion for Settlement Approval and Dismissal with Prejudice state as follows:

1. In the instant action, Plaintiff claims entitlement to unpaid overtime pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA"). Specifically, Plaintiff claims he was employed by Defendants from 2016, through on or about March 8, 2020. Further, Plaintiff claims Defendants failed to pay Plaintiff his full and proper wages for certain overtime hours worked during his employment.

2. Defendants dispute Plaintiff's claims. In order to avoid the costs and uncertainty of litigation, the Parties negotiated an FLSA settlement of this matter. The Parties now seek approval of the FLSA settlement from the Court.

3. Pursuant to Lynn's Food Stores, Inc. v. U.S., 679 F.2d 1350 (11th Cir. 1982), claims arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor.

4. On Jun 14, 2021, the parties submitted their first Joint Motion for Settlement Approval. This Court issued an Order Denying without Prejudice based on the inclusion of a general release. Such release in paragraph 3(a)(ii) has been revised to be a release of only claims brought forward in this FLSA action.

5. The Parties have agreed to settle the claims made in this dispute through the execution of a settlement agreement. The Parties represent that, in accordance with the terms of the settlement agreement, Plaintiff is receiving a reasonable and satisfactory recovery of an agreed upon sum as payment for allegedly owed unpaid wages, plus payment of an agreed upon amount for attorneys' fees and costs. The settlement agreement results in a complete recovery of all wages Plaintiff claimed to be owed. Plaintiff will receive $8,754.74 in unpaid wages and an additional $8,754.74 in liquidated damages.

6. The Parties submit to the Court the Settlement Agreement and Release (hereinafter "settlement agreement") that has been agreed to between the Plaintiff and Defendants, with consultation of counsel. The parties executed copy of the settlement agreement has been attached as **Exhibit A**.

7. Plaintiff specifically agrees and stipulates that the terms of the settlement agreement represent a fair and equitable resolution of this matter, as well as Plaintiff's reasonable attorneys' fees and costs. Additionally, the Parties have been adequately represented by experienced counsel.

8. The Parties request that the Court approve the parties' settlement as a fair and reasonable resolution of a bona fide dispute under the FLSA.

9. On Plaintiff's behalf, this matter was handled by Sconzo Law Office, P.A., specifically Attorney Gregory S. Sconzo and Attorney Samantha L. Simpson. The firm has expended a total of $4,235.00 in attorney's fees on this matter, with an hourly attorney rate of $350.00 for Gregory S. Sconzo and an hourly attorney rate of $300.00 for Samantha L. Simpson. In addition, the firm has expended costs in this case totaling $589.20 for filing fees and service of process. The total time spent and expended costs are detailed in the attached invoice as **Exhibit B**. Notwithstanding the total of fees and costs of $4,824.20, for the purposes of settlement the Sconzo Law Office, P.A. agreed to reduce attorney fees and costs to $4,490.52.

10. The Parties further stipulate, pursuant to Federal Rule of Civil Procedure 41(a) to the dismissal with prejudice of this action upon approval of the settlement by the Court as requested above and for the Court to retain jurisdiction in order to enforce the terms of the settlement agreement if needed.

WHEREFORE, the Parties respectfully request that this Court enter an Order approving the settlement and dismissing this lawsuit with prejudice.

Dated this 22nd day of June 2021.

| s/ Samantha L. Simpson Esq. | s/ |
|---|---|
| Gregory S. Sconzo, Esq. | Alterraon Phillips, Esq. |
| Florida Bar No. 0105553 | Florida Bar No.: 63321 |
| Samantha L. Simpson, Esq. | APLaw, LLC |
| Florida Bar No. 1010423 | PO Box 210866 |
| Sconzo Law Office, P.A. | Royal Palm Beach, FL 33421-0866 |
| 3825 PGA Blvd., Suite 207 | T: (561) 729-0123 |
| Palm Beach Gardens, FL 33410 | F: (561) 729-0128 |
| T: (561) 729-0940 | Primary Email: al@ap-law.net |
| F: (561) 491-9459 | Secondary Email: jturner@ap-law.net |
| Primary E-mail: greg@sconzolawoffice.com | Attorney for Defendant |
| Primary E-mail: samantha@sconzolawoffice.com | |
| Attorneys for Plaintiff | |