## SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE (hereinafter "Release") is made and entered into by and between MOHAMMED NASIF (referred to "Employee") and, POP-MEX, INC., MEXICANA, INC., ABDUL SAKR, and, ALI YASSINE, individually, their employees, attorneys, insured's, agents, owners, principals, managing agents, successors, assigns, parent and related companies and their subsidiaries (collectively referred to as "Employer"). The parties desire to settle any and all disputes between them on terms that are mutually agreeable. Accordingly, in consideration of the mutual promises set forth below, Employer and Employee agree as follows:

1. Employer and Employee will agree to fully and finally resolve any and all matters between Employer and Employee, whether actual or potential, on terms that are mutually agreeable.

2. By entering into this Release, neither party admits any underlying liability. Neither Employer nor Employee is entering this Release because of any wrongful acts of any kind. The parties are agreeing to resolve disputed claims made against the other.

3. Employee promises and obligates themselves to perform the following covenants under this Release:

    a.) Acting for themselves, their heirs, personal representatives, administrators and anyone claiming by or through them, Employee unconditionally and irrevocably releases, acquits and discharges Employer and its Releasees from any and all claims, whether known or unknown, that Employee may have against Employer or its Releasees as of the date of this Release, or that any person or entity claiming through Employee may have or claim to have against Employer or its Releasees.

    i) The phrases "Employer" or "Employer and its Releasees" shall mean Employer, it's owners, directors, and its past and present directors, officers, joint venture partners, managing partners, shareholders, supervisors, employees, representatives, successors, assigns, subsidiaries, affiliates, parents, and insurers.

    ii) The term "claims" shall include lawsuits, causes of action, obligations, promises, agreements, controversies, damages, debts, demands, liabilities,

Employee Initials: MN          Page 1 of 5          Employer Initials: AY

Doc ID: d9ee77dbc3c6acc377fb8fe96d5480dda1abe94d

and losses of every kind (including third-party claims for indemnity or contribution against Employer or its Releasees). This Release includes only those related to the Fair Labor Standards Act and any allegations raised in this action (Southern District of Florida Case Number: 9:21-CV-80893-AMC). The term "Claims" shall be construed to include any and all Claims meeting the definitions in this subparagraph without regard to whether those Claims are asserted or unasserted, known or unknown, ripe or unripe, direct or indirect, conditional or unconditional. The term "Claims" includes not only claims for damages and other legal remedies but also claims for injunctive relief and any other equitable remedies.

b.) Employee waives and relinquishes any rights that Employees may have to claim reimbursement from Employer and its Releasees for attorney's fees, litigation costs or expenses that Employee may have incurred in the course of obtaining legal advice on any matter related to Employer, except as otherwise expressly provided for herein.

c.) Employee agrees to file a stipulation with the court voluntarily dismissing any claims that they have pending against Employer in any forum, specifically including but not limited to their claim pending in the Southern District of Florida Case Number: 9:21-CV-80893-AMC.

d.) Employee waives and disclaims any right to any compensation that may be recovered at any time after the execution of this Release as a result of any proceeding arising out of or related to the employment relationship that is brought under the jurisdiction or authority of the Equal Employment Opportunity Commission ("EEOC"), the Florida Commission on Human Relations, the U.S Department of Labor, the Palm Beach County Office of Equal Opportunity, or any other local, state, or federal court or agency. If any such agency or court assumes jurisdiction of or files any complaint, charge, or proceeding against Employer or its Releasees on Employee's behalf, Employee will request such agency or court to dismiss or withdraw from the matter.

e.) Employee shall comply with all other terms of this Release as provided for herein.

4. Employer promises and obligates itself to perform the following covenants under this Release:

a.) Employer shall provide Employee with a payment in the gross amount of $22,000.00 divided as follows:

   i) a check to Sconzo Law Office, P.A. in the amount of $4,490.52 to cover attorney's fees and expenses incurred by Employees in seeking legal

<blockquote>

advice and as a result of this actions;

ii) a check in the amount of $8,754.74 to Plaintiff, less lawful deductions for which a w-2 will be issued.

iii) a check in the amount of $8,754.74 to Plaintiff, without withholdings, for which a 1099 for other income will be issued (box 3).

The settlement shall be paid as set forth in Paragraph (b)

b.) The sums described above shall be delivered to Employee's counsel as follows:

Payment due 5 business days from settlement approval.

c.) Employer shall comply with all other terms of this Release as provided for herein.

</blockquote>

5. Employee is not executing this Release because of any duress or coercion imposed on him by anyone.

6. Employee, represents that he has not sold, transferred, or assigned to a third party any claims that he may have. Employee represents that any claims that he may have are unencumbered and otherwise within his power to dispose of. Employee represents that he does not have any other pending lawsuits, claims, or actions against Employer other than the claim specifically identified in paragraph 3(c).

7. Except as specifically provided herein, any and all prior understandings or agreements between Employee and Employer with respect to the subject matter of this Release are superseded by this Release, which fully and completely expresses the entire agreement and understanding of the parties with respect to the subject matter hereof. Notwithstanding this provision, this Release shall not in any way diminish any obligation, duty or undertaking owed by the Employee to Employer because of any other contract or agreement or law. The rights and releases given to Employer in this Release will be in addition to, and not in place of, any and all other rights held by Employer by virtue of any other contract, agreement or undertaking, and to that extent, the obligations of the Employee survive the execution of this Release.

8. This Release shall not be orally amended, modified, or changed. No change, amendment, or modification to the terms of this Release shall be valid unless such change, amendment, or modification is memorialized in a written agreement between the parties that has been signed by Employee and by duly authorized officers or representatives of Employer and that specifically references both this Release and the provisions herein that are to be amended, modified, or changed.

Employee Initials: MN    Page 3 of 5    Employer Initials: AV

Doc ID: d9ee77dbc3c6acc377fb8fe96d5480dda1abe94d

9. In the event of a breach of this Release by either party, the other party shall be entitled to seek enforcement of this Release before a state or federal court of competent jurisdiction located in Palm Beach County, Florida, and the state and federal courts located in Palm Beach County, Florida shall be deemed to have exclusive jurisdiction and venue over any litigation related to or arising from this Release. This Release shall not be construed to waive any right of removal that may apply to any action filed in state court by either party to this Release.

10. The language of all parts of this Release shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the parties. As used in this Release, the singular or plural shall be deemed to include the other whenever the context so indicates or requires.

11. Should any provision of this Release be declared or be determined by any court to be illegal or invalid, the remaining parts, terms or provisions shall remain valid unless declared otherwise by the court. Any part, term or provision which is determined to be illegal or invalid shall be deemed not to be a part of this Release.

12. The parties agree that a true copy of this Release may be used in any legal proceeding in place of the original and that any such true copy shall have the same effect as the original. The parties agree that electronic signatures are binding.

**PLEASE READ CAREFULLY. THIS GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS RELATED TO THE FLSA.**

[Signature page to follow]

Employee Initials: MN            Page 4 of 5            Employer Initials: AJ

EMPLOYEE

_[signature]_           06 / 21 / 2021
MOHAMMAD NASIF       DATE

EMPLOYER:

_[signature]_
POP-MEX, INC., A FLORIDA PROFIT CORPORATION

By: ALI YASSINE      6/17/2021
Title: President        DATE

MEXICANA, INC., A FLORIDA PROFIT CORPORATION

By: _[signature]_      6/17/21
Title: _[signature]_      DATE

_[signature]_      6/17/21
ABDUL SAKR      DATE

_[signature]_      6/17/2021
ALI YASSINE      DATE

Employee Initials: MN     Page 5 of 5     Employer Initials: _[initials]_



Audit Trail

| | |
|---|---|
| **TITLE** | Revised Settlement Agreement Def Signed.pdf |
| **FILE NAME** | Revised%20Settlem...0Def%20Signed.pdf |
| **DOCUMENT ID** | d9ee77dbc3c6acc377fb8fe96d5480dda1abe94d |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

This document was requested from app.clio.com

## Document History

**SENT**  
**06 / 21 / 2021**  
20:54:03 UTC  
Sent for signature to Mohammad Nasif (mohnasif95@gmail.com) from samantha@sconzolawoffice.com  
IP: 174.61.91.231

**VIEWED**  
**06 / 22 / 2021**  
01:46:59 UTC  
Viewed by Mohammad Nasif (mohnasif95@gmail.com)  
IP: 54.162.119.206

**SIGNED**  
**06 / 22 / 2021**  
01:47:53 UTC  
Signed by Mohammad Nasif (mohnasif95@gmail.com)  
IP: 54.162.119.206

**COMPLETED**  
**06 / 22 / 2021**  
01:47:53 UTC  
The document has been completed.