UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80893-CIV-CANNON/Reinhart

**MOHAMMED NASIF,**

    Plaintiff,
v.

**POP-MEX, INC**., a Florida Corporation;
**MEXICANA, INC**., a Florida Corporation;
**ABDUL SAKR**, in his individual capacity;
and **ALI YASSINE**, in his individual capacity,

    Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Second Joint Motion to Approve Settlement and Dismiss with Prejudice ("Joint Motion") [ECF No. 12] and incorporated FLSA/Wage Settlement Agreement and Release (the "Agreement") [ECF No. 12-1], filed on June 22, 2021. The parties have settled this case, filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and seek the Court's approval of their Settlement Agreement [ECF No. 12-1]. After carefully considering the Joint Motion, the Settlement Agreement, the record, and applicable law, the Court finds that the proposed settlement of this case is a fair and reasonable resolution of a bona fide dispute over the FLSA's provisions, and that the requested fees are fair, reasonable and not grossly excessive. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [ECF No. 12] is **GRANTED**.

2. The FLSA/Wage Settlement Agreement and Release [ECF No. 12-1] between Plaintiff,

CASE NO. 21-80893-CIV-CANNON/Reinhart

Mohammed Nasif, and Defendants, Pop-Mex, Inc., Mexicana, Inc., Abdul Sakr and Ali Yassine, which has been duly filed with the Court, is **APPROVED**.

3. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs, except as otherwise agreed to by the parties.

4. The Court retains jurisdiction to enforce the terms of the settlement agreement.

5. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Pierce, Florida this 23rd day of June 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record